# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOHN M. DAVIS,**

    **Plaintiff,**

**v.**                                        **CIVIL ACTION NO.  05-CV-455 DRH**

**VILLAGE OF CASEYVILLE,**
a body corporate and politic,
**JAMES MIDGETT, SCOTT MILLER,**
**GREG HOSP, LASICA, FEAZEL and**
**HESTER,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came to hearing before the Court on Defendants' additional motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED**.  Judgment is entered in favor of Defendants **VILLAGE OF CASEYVILLE, ILLINOIS, JAMES MIDGETT, SCOTT MILLER, GREG HOSP, LASICA, FEAZEL and HESTER** and against Plaintiff **JOHN M. DAVIS**.--------------------------------------------------------------------------------

                                                           **NORBERT G. JAWORSKI, CLERK**

February 22, 2007                                       BY:   /s/Patricia Brown
                                                                            Deputy Clerk

APPROVED:/s/ David    RHerndon
                **U.S. DISTRICT JUDGE**